JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-1346 JVS (ANx) | Date | September 18, 2012 |
| Title | Wells Fargo Home Mortgage v. Brito | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   **Order Remanding Action to the Superior Court of the State of California for the County of Orange**

On August 21, Romualdo Brito ("Brito") removed this case from the Superior Court of the State of California for the County of Orange. (Docket No. 1.) He removed this action ostensibly on the basis of federal question jurisdiction, 28 U.S.C. § 1331, although that statue is not specifically cited.. (Notice of Removal, pp. 1-2.)

The Court must determine jurisdiction on the basis of the case removed. The underlying action is an unlawful detainer action. No federal claims are asserted (28 U.S.C. § 1331). Federal defenses or federal counterclaims provide no basis to remove an action which does not otherwise establish federal jurisdiction. See Franchise Tax Board of State of Cal. v. Construction Laborers Vacation Trust, 643 U.S. 1, 10 (1983); Metro Ford Truck Sales, Inc. v. Ford Motor Co., 145 F.3d 320, 326-27 (5th Cir. 1998). There is no basis for federal question jurisdiction.

There is no basis for diversity jurisdiction under 28 U.S.C. § 1332 because it is apparent that the amount of relief sought is less than the jurisdictional minimum of $75,000. The face of the Complaint states that the amount of claimed damages is less than $10,000.

The case is remanded to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.

Initials of Preparer    kjt